AFTER REMANDMENT
This Court affirmed the defendant's conviction for the unlawful possession of phentermine hydrochloride without published opinion. Brannon v. State, 524 So.2d 387 (1988). The only issue raised was whether or not the trial court ascertained the factual basis for the crime in accepting the defendant's guilty plea.
On certiorari, the Alabama Supreme Court reversed and held that the defendant was incorrectly sentenced. Ex parte Brannon,547 So.2d 68 (Ala. 1989). Therefore, as directed in Ex parteBrannon, this cause is remanded to the circuit court for a *Page 70 
new sentencing proceeding. The defendant should be sentenced under the sentencing provisions of Alabama's Controlled Substances Act and not under the Habitual Felony Offender Act.Ex parte Chambers, 522 So.2d 313 (Ala. 1987).
REMANDED WITH DIRECTIONS.
All Judges concur.